# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN POYNER,<br><br>        Plaintiff,<br><br>vs.<br><br>A. M. GONZALEZ,<br><br>        Defendant. | 1:14-cv-01585-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY FILING FEE IN FULL WITHIN FORTY-FIVE DAYS |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 9, 2014.  The case filing fee for this action is $400.00 ($350.00 filing fee, plus $50.00 administrative fee).  On October 9, 2014, Plaintiff submitted $350.00 of the total case filing fee.  Accordingly, it is HEREBY ORDERED that:

      Within forty-five (45) days from the date of service of this order, Plaintiff shall pay the remaining $50.00 administrative fee for this action.  **No requests for extension of time will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.  No action will be taken on the case until the filing fee is paid.**

IT IS SO ORDERED.

    Dated: __October 27, 2014__           /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

1